# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-5969-JFW(MAAx)** | Date: May 24, 2021 |
| Title: | Jaclyn A. Kerrigan -v- Allstate Insurance Company, et al. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE RE: SANCTIONS

    Plaintiff Jaclyn A. Kerrigan ("Plaintiff") is ordered to show cause, in writing, on or before May 25, 2021, why Plaintiff should not be sanctioned in the amount of $1,500 and why Plaintiff's Opposition (Docket No. 34) to Defendants' Motion for Summary Judgment (Docket No. 24), should not be stricken for Plaintiff's violation of the Court's Order, filed May 18, 2021 (Docket No. 39). Notwithstanding the example provided by the Court's Order, Plaintiff re-filed the Declaration of Derek L. Tabone on May 19, 2021 (Docket No. 40), and completely failed to include a description of each exhibit.

    No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the striking of Plaintiff's Opposition.

    IT IS SO ORDERED.