JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN A. KERRIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:20-cv-05969 JFW (MAAx)<br><br>[*The Hon. Judge John F. Walter*]<br>[*Magistrate Judge Maria A. Audero*]<br><br>**JOINT JUDGMENT** |

## JUDGMENT

Pursuant to this Court's June 10, 2021 the Court *Order Granting Allstate's Motion for Summary Judgment, Or, Alternatively, Partial Summary Judgment*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of defendants Allstate Insurance Company ("Allstate Insurance") and Allstate Fire & Casualty Insurance Company ("Allstate Fire") (Allstate Insurance and Allstate Fire and referred to collectively herein as "Allstate") and against plaintiff Jaclyn Kerrigan ("Plaintiff") with respect to Plaintiff's Complaint and each and every claim for relief and request for damages alleged therein;

2. Allstate Fire is entitled to judgment as a matter of law;

3. Each of Plaintiff's claims for relief and requests for damages alleged in her Complaint against Allstate Insurance are dismissed with prejudice;

4. Plaintiff is awarded no damages; and

5. Allstate Fire shall recover its costs of suit from Plaintiff in the amount of $_____.

**IT IS SO ORDERED.**

DATED: June 17, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge